IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

CALVIN FRIERSON                                                                                          PLAINTIFF

V.                                          Case No. 10-CV-1005

CITY OF HAMBURG, ARKANSAS and
POLICE CHIEF TOMMY BREEDLOVE                                                          DEFENDANTS

## JUDGMENT

Before the Court is a Motion for Summary Judgment filed by Defendants. (Doc. 13). Plaintiff has responded. (Doc. 17). Defendants have filed a reply. (Doc. 20). The Court finds the matter ripe for consideration.

Upon consideration, the Court finds that Defendants' Motion for Summary Judgment should be and hereby is **GRANTED**. Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED, this 18th day of April, 2011.

/s/ Harry F. Barnes
Hon. Harry F. Barnes
United States District Judge